NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTAMIN, LTD.,**
*Plaintiff-Appellant,*

**v.**

**MAGNETAR TECHNOLOGIES CORP.,**
*Defendant-Appellee.*

---

2010-1003

---

Appeal from the United States District Court for the Central District of California in no. 04-CV-0511, Judge Gary A. Feess.

---

**JUDGMENT**

---

TED S. WARD, Berke, Kent & Ward LLP, of Los Angeles, California, argued for plaintiff-appellant.

JOHN B. SGANGA, JR., Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for defendant-appellee. With him on the brief were PAUL A. STEWART, JOSEPH S. CIANFRANI, DAVID G. JANKOWSKI and CHRISTOPHER L. ROSS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PLAGER and GAJARSA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2010                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                       Clerk